In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00085-CV**
_____

**IN THE INTEREST OF H.T.A.-H. AND A.M.A.-H.**

_____

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. 25DCFM1154**
_____

**MEMORANDUM OPINION**

On February 13, 2026, Derrick Abdul-Hakim filed a notice of appeal from a final judgment signed on January 16, 2026. Upon receiving the notice of appeal from Appellant, the Clerk of the Court issued an invoice for the filing fee for the appeal. On March 16, 2026, we received Appellant's request for additional time to pay the filing fee, but the request was marked "received" and not filed because it lacked a certificate of service and information required by Tex. R. App. P. 9.5(e). By letter dated April 14, 2026, we notified Appellant he must serve a copy of the motion on

1

the Appellees and provide a certificate of service in compliance with the applicable rule.

On April 16, 2026, the District Clerk notified the Court that Appellant had failed to pay or to make the arrangements necessary for the District Clerk to prepare the clerk's record. In our letter to the parties dated April 16, 2026, we notified the parties that Appellant had not established indigent status, and that the clerk's record had not been filed due to Appellant's failure to pay or to arrange to pay the fee required to prepare the clerk's record. We warned Appellant that the appeal would be dismissed for want of prosecution unless Appellant established that he had made the arrangements required to pay the fee or that he needed more time to do so. *See id.* 37.3(b). After the Clerk of this Court sent the parties a letter warning of the consequences of a failure to take the action necessary to file the clerk's record, the Court did not receive a response.

On May 18, 2026, we notified the parties that Appellant had not paid the filing fee as directed in our letter and invoice previously forwarded to Appellant. A Certified Bill of Costs for the filing fee was enclosed and provided to Appellant. We warned Appellant in our letter dated May 18, 2026, that unless the filing fee was paid, the appeal would be dismissed without further notice on any date after Tuesday, June 2, 2026. *See* Tex. R. App. P. 42.3(c). As of this date, Appellant has failed to pay the filing fee as directed by this Court.

2

Appellant has not paid the filing fee for the appeal, nor has he explained why he has not paid the fee for the clerk's record; therefore, we dismiss the appeal for want of prosecution. *Id.* 5, 42.3(c), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 1, 2026
Opinion Delivered July 2, 2026

Before Golemon, C.J., Johnson and Chambers, JJ.